UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,  No. 2:12-cv-02309-MCE-CKD

    Plaintiffs,

  v.  ORDER CONTINUING TRIAL

SANGHA AND SONS, LLC., DBA QUALITY INN & SUITES,

    Defendant.
_____/

    YOU ARE HEREBY NOTIFIED the September 8, 2014 jury trial is vacated and continued to **April 27, 2015**, at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **February 12, 2015**. Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the July 10, 2014 Final Pretrial Conference is vacated and continued to **March 5, 2015**, at **2:00 p.m.** in Courtroom 7. The Joint Final Pretrial Statement is due not later than **February 12, 2015** and shall comply with the procedures outlined in the Court's Pretrial Scheduling Order. The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.

1  Telephonic appearances for this hearing are not permitted.
2       Any evidentiary or procedural motions are to be filed by
3  **February 12, 2015.**  Oppositions must be filed by
4  **February 19, 2015** and any reply must be filed by
5  **February 26, 2015.**  The motions will be heard by the Court at the
6  same time as the Final Pretrial Conference.
7       IT IS SO ORDERED.
8  Dated: March 25, 2014

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2